UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED NAZIR BIN LEP,

Petitioner,

v.

JOSEPH R. BIDEN et al.,

Respondents.

Civil Action No. 20-3344 (JDB)

## ORDER

Upon consideration of [62] respondents' Motion to Hold Habeas Petition in Abeyance Pending Completion of Military Commission Proceedings, and [64] petitioner's Cross-Motion for a Permanent Injunction, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [62] respondents' abeyance motion is **GRANTED IN PART AND DENIED IN PART**; it is further

**ORDERED** that respondents' abeyance motion is **GRANTED** as to the following claims: claims one through eight of [40] the Petition for a Writ of Habeas Corpus; it is further

**ORDERED** that respondents' abeyance motion is **DENIED** as to the following claims: claims nine and ten of the habeas petition; it is further

**ORDERED** that [64] petitioner's cross-motion for a permanent injunction is **DENIED** as moot; and it is further

**ORDERED** that the parties shall submit by not later than January 27, 2022 a joint status report proposing a schedule for further proceedings in this case.

1

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated:  January 13, 2022